150 So.2d 767

### Caswell K. SMITH

v.

### Mrs. Lillian Dunning SMITH, his wife.

No. 46639.

March 25, 1963.

In re: Lillian Dunning Smith, wife of Caswell K. Smith applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 148 So.2d 827.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

150 So.2d 767

### BERNARD LUMBER CO., Inc., et al.

v.

### JOHN F. CERISE CO., Inc., et al.

No. 46640.

March 25, 1963.

In re: Mrs. Albert J. Emke applying for certiorari, or writ of review, to the Court

of Appeal, Fourth Circuit, Parish of Orleans. 148 So.2d 819.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.